# SUPREME COURT OF HAWAI'I

**August 3, 2006**

| | | |
|---|---|---|
| 27316 | State v. Rhoads | Affirmed |

**August 9, 2006**

| | | |
|---|---|---|
| 25706 | State v. Cuthrell | Dismissed |

**August 24, 2006**

| | | |
|---|---|---|
| 27154 | A & B Properties, Inc. v. Dick Pacific Const. Co., Ltd. | Affirmed |

**August 30, 2006**

| | | |
|---|---|---|
| 25475 | Thomas v. Hassler | Affirmed |